UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2018 NOV -5 PM 4: 19

| | |
|---|---|
| DEXTER BEACH, § | |
| § | |
| Plaintiff, § | |
| v. § | Case No. 1:18-cv-480-LY |
| § | |
| TEXAS TO GO, LLC § | |
| and RUSTON HICKS, § | |
| § | |
| Defendants. § | |

### ORDER GRANTING JOINT MOTION TO APPROVE STIPULATED FORM OF NOTICE OF COLLECTIVE ACTION

The parties having agreed and stipulated pursuant to the Joint Motion to Approve Stipulated Form of Notice of Collective Action and other good cause appearing,

IT IS HEREBY ORDERED that this case be conditionally certified as a collective action pursuant to 29 U.S.C. § 216(b).

IT IS HEREBY ORDERED that the Notice of Collective Action Lawsuit attached as Exhibit A to the Joint Motion to Approve Stipulated Form of Notice of Collective Action is APPROVED and ORDERED that said notice be sent to all current and former delivery drivers of Defendant Texas to Go, LLC within the three years preceding the date of this Order.

IT IS FURTHER ORDERED that all further stipulations and agreements between the parties set forth in the Joint Motion to Approve Stipulated Form of Notice of Collective Action are APPROVED and ORDERED.

Dated this the 5th day of November, 2018.

The Honorable Lee Yeakel